# EXHIBIT ONE

E X H I B I T

## AFFIDAVIT FROM REGINALD CRAWFORD

### AFFIDAVIT/STATEMENT

This affidavit was prepared by <u>Don R. Minefield</u> (Pro-Se) pursuant to 28 U.S.C. §2255, Rule 7(b) and mailed to <u>Reginald Crawford</u> for answering in support of Don R. Minefield 28 U.S.C. §2255 motion, upon answering of this affidavit by Reginald Crawford, the affidavit is to be signed, dated, certified/ notarized and mailed back to <u>Don R. Minefield</u> at the following address:

Don Minefield
Reg. No. 09298-002
Post Office Box 1000
Leavenworth, Kansas 66048

_____
Signature

I hereby certify/notarize that a true and correct copy of this affidavit was mailed by U.S. mail to Reginald Crawford this __20__ day of __04__ 2004.

_____     4/20/04        _____
Certify/Notarize              Date              Signature

AUTHORIZED BY THE ACT OF
JULY 7, 1955 TO ADMINISTER        A F F I D A V I T
OATHS (18 USC, 4004)

1. How long have you known Don Minefield?

2. Do you know Donnie Ray Davis, a resident of Prattville, Alabama?

3. Were you ever interviewed by attorney Charles Law?

4. Have you ever drove Minefield to a meeting between Donnie Ray Davis and yourself for alleged drug deals?

5. have you ever owned a pager with the number 519-1626?

6. Do you have any knowledge of Donnie Ray Davis purchasing drugs from you in the presence of Don R. Minefield in 1992?

7. Do you have any knowledge of Don Minefield selling Donnie Ray Davis drugs in your presence in 1992?

8. Do you know agent John Mark Whitaker?

9. In 1992, did Donnie Ray Davis ever page you with concern of receiving drugs through Minefield?

10. In 1994, would you have testified on Don Minefield's behalf that he had no knowledge of any drug dealing between you and Donnie Ray Davis?

*Reginald Crawford*

I hereby certify/notarize that I witnessed the handwritten signature of Reginald Crawford to the aforementioned affidavit prepared by Don R. Minefield, this 26 day of April 2004.

Thereassa Marie McDaniel
Expires 10/01/07
Certify/Notarize

26 April 04
Date

Thereassa Marie McDaniel
Signature

Reginald Crawford

2

E X H I B I T

---

REGINALD CRAWFORD'S ANSWERS TO
DON R. MINEFIELD'S AFFIDAVIT/QUESTIONS

I, Reginald Crawford, do hereby certify via Notary Public, that the below statement(s) are true and correct, and was made voluntarily, knowingly, and without coercion in support of Don R. Minefield's 28 U.S.C. §2255 motion, per Don Minefield's request in his affidavit/statement.

The below is submitted and sworn to under penalty of perjury. 28 U.S.C. §1746.

1. I know him for over 25 years

2. yes

3. No, Sir

4. No, Sir

5. yes I did

6. No, Sir that never happened

7. No, Sir

8. No, Sir

9. No, Sir Not True

10. yes Sir I would have if called

Affianth sayeth not.

_Thereassa Marie McDaniel_
NOTARY PUBLIC
expires 10/01/07

_Reginald Crawford_
Reginald Crawford

26 April 04
DATE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Petition for Rehearing was mailed on this 08 day of November 2004 and presented in good faith to the partie(s) listed herein:

        Solicitor General of the United States
          Room 5614, Department of Justice
           950 Pennsylvania Ave., N.W.
            Washington, D.C. 20530-0001

_____                              _____
Notary Public                                         Don R. Minifield

*[Signature: Stambaugh 11/08/2004 — AUTHORIZED BY THE ACT OF JULY 7, 1955 TO ADMINISTER OATHS (18 USC. 4004)]*

_____
Commission Expires

Sworn before me on this 08 day of November 2004.

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT


DONALD MINEFIELD                                    -         APPELLANT


vs.


UNITED STATES OF AMERICA                            -         APPELLEE


APP. CASE NO. 03-15103-J

---

CERTIFICATE OF SERVICE

I, hereby certify that I did mail a correct and true copy of the foregoing on this 29th day of October, 2003, to:


Assistant U.S. Attorney
Stephen P. Feaga
Post Office Box 197
Montgomery, Alabama 36101-1097


Respectfully,

*Don R. Minefield*
Donald Minefield
Reg. No. 09298-002
USP Leavenworth
Post Office Box 1000
Leavenworth, Kansas 66048

C.C./D.M.