27BC, MHT-ClerkB, SC

# U.S. District Court
# Alabama Middle District (Montgomery)
# CRIMINAL DOCKET FOR CASE #: 2:94-cr-00062-MHT-CSC-11
# Internal Use Only

Case title: USA v. Andrews, et al              Date Filed: 11/17/1994

Assigned to: Honorable Myron H. Thompson
Referred to: Honorable Charles S. Coody

**Defendant**

**Donald Minnifield** (11)            represented by  **Donald Minnifield**
                                                     #09298-002
                                                     USP Hazelton
                                                     P. O. Box 2000
                                                     Bruceton Mills, WV 26525
                                                     PRO SE

                                                     **Disposition**

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

                                                     **Disposition**

**Terminated Counts**

None

**Highest Offense Level (Terminated)**

None

                                                     **Disposition**

**Complaints**

None

**Plaintiff**

| United States of America | represented by | Louis V. Franklin, Sr.<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>Email: louis.franklin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen P. Feaga**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>Email: steve.feaga@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/1994 | | **Added party Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Lee Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis for 2255 Proceedings (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | **Added Government Attorney Louis V. Franklin Sr. as to Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Lee Drayton, Robert L. Franklin, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | CASE assigned to Judge Anthony A. Alaimo (snc) (Entered: 05/22/2000) |
| 11/17/1994 | | Magistrate Judge Charles S. Coody assigned to case for discovery matters as well as matters subsequently referred by District Judge Anthony A. Alaimo . (snc) (Entered: 05/22/2000) |
| 06/21/1999 | | **Added (ip) party Donald Minnifield, P. O. Box 1000, Leavenworth, KS 66048-1000 (snc) (Entered: 06/02/2000) |
| 06/21/1999 | 1275 | MOTION by Donald Minnifield to Vacate under 28 U.S.C. 2255 [1275-1] referred to Mag. Judge Charles S. Coody/SA Anderson (Assigned to Judge Alaimo) (snc) (Entered: 06/02/2000) |

| | | |
|---|---|---|
| 06/21/1999 | 1276 | MEMORANDUM by Donald Minnifield in support of [1275-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 07/06/1999 | 1280 | ORDER as to Donald Minnifield, Response to Motion set for 7/26/99 for government re [1275-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: counsel and dft, Copies furnished to: USA, USPO, USPTSO, USM, TIM (snc) (Entered: 06/02/2000) |
| 07/08/1999 | | Notice of Appeal docketed and transmitted to USCA, Eleventh Circuit re: appeal by Curtis Drayton (snc) (Entered: 06/01/2000) |
| 07/22/1999 | 1291 | MOTION by USA as to Donald Minnifield for Extension of Time re [1275-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 07/22/1999 | | STAMPED ORDER as to Donald Minnifield granting [1291-1] motion for Extension of Time as to Donald Minnifield (11) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA, USPO (snc) (Entered: 06/02/2000) |
| 07/30/1999 | 1293 | Received Jurisdictional question from USCA, Eleventh Circuit of whether the district court's 6/15/99 order denying the "motion to stay pending disposition of movant's motion to stay and motion for discovery" is final and appealable? (snc) (Entered: 06/01/2000) |
| 08/17/1999 | | Original papers as to Curtis Drayton sent to USCA, Eleventh Ciruit per their request (6 volumes of original papers) (snc) (Entered: 06/01/2000) |
| 08/20/1999 | | Received acknowledgment of receipt of 6 vols of the record on appeal sent to USCA, Eleventh Circuit (snc) (Entered: 06/01/2000) |
| 08/26/1999 | 1296 | RESPONSE by USA as to Donald Minnifield re [1275-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/02/2000) |
| 09/10/1999 | 1299 | ORDER as to Donald Minnifield, Reply to Response to Motion reset for 9/29/99 for Donald Minnifield for [1275-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 06/02/2000) |
| 09/28/1999 | 1307 | Received certified copy of DISMISSAL for lack of jurisdiction (received 9/27/99, rendered 9/23/00) of the U.S. Court of Appeals, Eleventh Circuit, that the district court's June 15 order, denying discovery, is not final under 28 USC 1291 because it does not end the litigation on the merits, that the order, moreover, does not fall within the collateral-order exception because it can be reviewed effectively on appeal from a final judgment, that because this Court lacks jurisdiction, appellant's motion for leave to proceed in forma pauperis is DENIED as moot. (Before: TJOFLAT, COX and HULL, Circuit Judges.) [99-12143-J] [DISMISSAL IS ISSUED IN LIEU OF THE MANDATE] (snc) (Entered: 06/01/2000) |

| | | |
|---|---|---|
| 10/01/1999 | 1310 | REPLY by Donald Minnifield to response to [1275-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 10/04/1999 | | File referred to SA Anderson (snc) (Entered: 06/01/2000) |
| 10/21/1999 | | File referred to Judge Coody/SA Anderson (snc) (Entered: 06/01/2000) |
| 11/29/1999 | 1329 | Supplemental MEMORANDUM by Donald Minnifield in support of [1275-1] motion to Vacate under 28 U.S.C. 2255 Exhibits A & B attached. Referred to Mag Judge Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 12/02/1999 | 1330 | ORDER as to Donald Minnifield construing defendant's supplement to 2255 motion as containing a moiton to amend; granting said motion and directing the government to file an answer on or before 12/22/99 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 06/02/2000) |
| 12/21/1999 | 1335 | Supplemental RESPONSE by USA as to Donald Minnifield re [1275-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 12/29/1999 | 1338 | ORDER as to Donald Minnifield, Reply to Response to Motion set for 1/18/00 for Donald Minnifield for [1275-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA,USM, USPTSO, USPO (snc) (Entered: 06/02/2000) |
| 01/10/2000 | 1344 | Emergency MOTION by Donald Minnifield for Extension of Time re [1344-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 01/12/2000 | 1345 | ORDER as to Donald Minnifield granting [1344-1] motion for Extension of Time as to Donald Minnifield (11), Reply to Response to Motion reset for 1/31/00 for Donald Minnifield for [1275-1] motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 06/02/2000) |
| 01/19/2000 | 1347 | "Addendum Emergency MOTION by Donald Minnifield for Extension of Time re [1347-1] Referred to Judge Coody/SA Anderson referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/02/2000) |
| 01/24/2000 | 1353 | "Traverse" by Donald Minnifield to Government's response in Opposition to [1275-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/02/2000) |
| 02/15/2000 | 1360 | ORDER as to Donald Minnifield granting [1347-1] emergency motion for Extension of Time as to Donald Minnifield (11) ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 06/02/2000) |

| | | |
|---|---|---|
| 04/13/2000 | | 28:2255 MOTIONS ASSIGNED TO JUDDGE ALAIMO (PER JUDGE THOMPSON) (snc) Modified on 06/01/2000 (Entered: 05/23/2000) |
| 05/12/2000 | 1412 | AFFIDAVIT of Joi Marie Hall Re: [1346-1] supplemental amended motion Supplemental to Vacate under 28 U.S.C. 2255, [1342-1] to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/09/2000) |
| 05/12/2000 | 1413 | AFFIDAVITS of Camilia Lander and Donald B. Lander with attachments Re: [1346-1] supplemental amended motion to Vacate under 28 U.S.C. 2255, [1342-1] motion to Vacate under 28 U.S.C. 2255 Referred to Judge Coody/SA Anderson (snc) (Entered: 06/09/2000) |
| 05/22/2000 | | (snc) (Entered: 05/22/2000) |
| 08/22/2000 | 1478 | MOTION by Donald Minnifield to Amend [1275-1] motion to Vacate under 28 U.S.C. 2255 by Donald Minnifield [1478-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 08/22/2000) |
| 08/25/2000 | 1479 | ORDER as to Donald Minnifield granting [1478-1] motion to Amend [1275-1] motion to Vacate under 28 U.S.C. 2255 by Donald Minnifield directing government to file a supplemental answer to amended motion within 20 days ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 08/25/2000) |
| 09/14/2000 | 1484 | SUPPLEMENTAL RESPONSE by USA as to Donald Minnifield re supplement to [1275-1] motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 09/15/2000) |
| 09/21/2000 | 1486 | ORDER as to Donald Minnifield, Response to answer filed by USA may be filed by defendant on or before 10-10-00 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA,USM,USPTS,USPO (ekl) (Entered: 09/21/2000) |
| 09/21/2000 | | Deadline updated as to Donald Minnifield, Response to answer set for 10/10/00 for Donald Minnifield for [1484-1] response to 2255 petition (ekl) (Entered: 09/21/2000) |
| 10/10/2000 | 1495 | REPLY by Donald Minnifield to response to [1478-1] Amendment to [1275-1] motion to Vacate under 28 U.S.C. 2255 by Donald Minnifield Referred to Judge Coody/SA Anderson (snc) (Entered: 10/11/2000) |
| 03/29/2001 | | **Added (ip) parties Montgomery U.S. Probation, U.S. Pretrial, US Marshals Service (snc) (Entered: 03/29/2001) |
| 04/19/2001 | 1530 | ORDER as to Donald Minnifield directing that any additional amendment to the 2255 motion shall be filed on or before 5/21/01 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies faxed to: USA, USPO (snc) (Entered: 04/19/2001) |
| 05/08/2001 | | **Reset last document number to 1536 (snc) (Entered: 05/08/2001) |

| Date | Doc # | Description |
|---|---|---|
| 05/21/2001 | 1538 | MOTION by Donald Minnifield Requesting Leave to Amend Now Pending 28 USC 2255 Motion ([1275-1] motion to Vacate under 28 U.S.C. 2255) [1538-1] referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 05/22/2001) |
| 05/21/2001 | 1538 | Amendment to MOTION by Donald Minnifield to Vacate under 28 U.S.C. 2255 [1538-1] FILED PER 5/31/01 ORDER (snc) (Entered: 05/31/2001) |
| 05/31/2001 | 1542 | ORDER as to Donald Minnifield granting [1538-1] motion Requesting Leave to Amend Now Pending 28 USC 2255 Motion ([1275-1] motion to Vacate under 28 U.S.C. 2255) as to Donald Minnifield (11) setting supplemental Response to Motion due on 6/20/01 for governmentr [1538-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies faxed to: usa, uspo (snc) (Entered: 05/31/2001) |
| 06/20/2001 | 1549 | June 20, 2001, Supplemental RESPONSE by USA as to Donald Minnifield re [1538-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 referred to Mag. Judge Charles S. Coody/SA Anderson (snc) (Entered: 06/21/2001) |
| 06/29/2001 | 1553 | ORDER as to Donald Minnifield Reply to Gov's Response to Motion [1549] set for 7/9/01 for Donald Minnifield for [1538-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: defendant, Copies furnished to: USA,USPO,SC (ekl) (Entered: 07/03/2001) |
| 07/18/2001 | 1558 | REPLY by Donald Minnifield to United States Supplement Response dated June 20, 2001 to 28:2255 Motion Referred to Judge Coody/SA Anderson (snc) (Entered: 07/18/2001) |
| 07/18/2001 | 1559 | Letter re receipt of court order by Donald Minnifield (construed by the Court as a motion to consider response as timely filed) Referred to Judge Coody (snc) (Entered: 07/27/2001) |
| 07/20/2001 | 1562 | Atty Rubino's ANSWER to Court Order Referred to Judge Coody(snc) Modified on 04/03/2003 (Entered: 07/27/2001) |
| 07/27/2001 | 1560 | ORDER as to Donald Minnifield construing defendant's 7/18/01 pleading as a motion to consider response as timely filed and granting motion ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: USA, USPO (snc) (Entered: 07/27/2001) |
| 07/27/2001 | 1561 | ORDER as to Donald Minnifield reset deadline for affidavit from Atty Rubino for 8/6/01 re Minnifield's [1538-2] supplemental amended motion , directing that government is granted an extension to 8/27/01 to file their response re Dnald Minnifield [1538-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 ( Signed by Mag. Judge Charles S. Coody ) Copies mailed to: dft, Copies furnished to: counsel, USA, USPO (snc) (Entered: 07/27/2001) |

| | | |
|---|---|---|
| 08/20/2001 | 1563 | AFFIDAVIT of Frank A. Rubino Re: [1546-1] supplemental amended motion to Vacate under 28 U.S.C. 2255 Referred to Mag Judge Charles Coody/SA Anderson (snc) (Entered: 08/20/2001) |
| 02/10/2003 | | **Added (ip) party Richard Q. Thomas, 163 North Haardt Drive, Montgomery, AL 36105 (snc) (Entered: 02/11/2003) |
| 04/03/2003 | | Copy of 2255 Record furnished Atty Petersen pursuant to DN 1594 (snc) (Entered: 04/03/2003) |
| 06/13/2003 | 1634 | REPORT AND RECOMMENDATIONS of Mag. Judge Charles S. Coody as to Donald Minnifield Re: [1275-1] motion to Vacate under 28 U.S.C. 2255 ; Motion no longer referred Objections to R and R due by 6/26/03 Copies mailed to: dft, Copies furnished to: usa, counsel, uspo (snc) (Entered: 06/13/2003) |
| 06/18/2003 | | ** Renoticed document [1638-1] order to select counsel and dft for service (snc) (Entered: 06/18/2003) |
| 06/26/2003 | 1651 | MOTION by Donald Minnifield for Extension of Time [1651-1] referred to Mag. Judge Charles S. Coody (snc) (Entered: 06/26/2003) |
| 07/09/2003 | 1657 | STAMPED ORDER as to Donald Minnifield granting [1651-1] motion for Extension of Time as to Donald Minnifield (11) ( Entered by Mag. Judge Charles S. Coody ) Copies mailed to: deft, Copies furnished to: usa, uspo (sql) (Entered: 07/09/2003) |
| 07/21/2003 | 1676 | OBJECTION by Donald Minnifield to [1634-1] report and recommendations Referred to Mag Judge Coody (snc) (Entered: 07/21/2003) |
| 07/30/2003 | 1686 | OPINION as to Donald Minnifield ( Signed by Judge Myron H. Thompson ) Copies mailed to: dft, Copies furnished to: usa, uspo (snc) (Entered: 07/30/2003) |
| 07/30/2003 | 1687 | ORDER as to Donald Minnifield overruling the objections to the recommendation , adopting the recommendation of the Mag Judge, denying [1275-1] motion to Vacate under 28 U.S.C. 2255, as amended, ([1538-1] supplemental amended motion to Vacate under 28 U.S.C. 2255), taxing costs against defendant , and directing the clerk to enter document on the civil docket as a final judgment ( Signed by Judge Myron H. Thompson ) Copies mailed to: dft, Copies furnished to: usa,uspo (snc) (Entered: 07/30/2003) |
| 08/15/2003 | | USCA Case Number Re: [1690-1] appeal by Nathaniel Salery USCA NUMBER: 03-14035-J (kcg) (Entered: 08/18/2003) |
| 09/15/2003 | 1710 | MOTION by Donald Minnifield for a Certificate of Appealability [1710-1] referred to Judge Myron H. Thompson (kcg) (Entered: 09/17/2003) |
| 09/15/2003 | 1710 | NOTICE OF APPEAL (construed as containing a M/IFP) by to U.S. Circuit Court of Appeals, 11th Circuit, Copies mailed to: USCA, Dft, |

| | | |
|---|---|---|
| | | Copies furnished to: USA (kcg) (Entered: 10/02/2003) |
| 09/15/2003 | 1710 | MOTION by Donald Minnifield to Proceed on Appeal in Forma Pauperis [1710-1] referred to Judge Myron H. Thompson (kcg) (Entered: 10/02/2003) |
| 09/17/2003 | | REQUEST for Original Papers from USCA re: [1690-1] appeal by Nathaniel Salery (kcg) (Entered: 10/29/2003) |
| 09/23/2003 | 1713 | ORDER as to Donald Minnifield denying [1710-1] motion for a Certificate of Appealability as to Donald Minnifield (11) ( Signed by Judge Myron H. Thompson ) Copies mailed to: dft, USCA, Copies furnished to: USA (ydw) (Entered: 09/23/2003) |
| 10/02/2003 | | Notice of appeal and certified copy of docket, Judgments/Orders, and Magistrate Judge recommendations as to Donald Minnifield sent to USCA (11th Circuit): [1710-1] appeal (kcg) (Entered: 10/02/2003) |
| 10/02/2003 | | **Reset last document number to 1717 (kcg) (Entered: 10/02/2003) |
| 10/03/2003 | 1721 | ORDER as to Donald Minnifield denying [1710-1] motion to Proceed on Appeal in Forma Pauperis as to Donald Minnifield (11) ( Signed by Judge Myron H. Thompson ) Copies mailed to: USCA, Dft, Copies furnished to: USA (kcg) (Entered: 10/03/2003) |
| 10/14/2003 | | Received transcript order information sheet from Donald Minnifield with the following notation "Other, Proceedings complete docket for above case number". (kcg) (Entered: 10/15/2003) |
| 10/15/2003 | | USCA Case Number Re: [1710-1] appeal by Donald Minnifield USCA NUMBER: 03-15103-J (kcg) (Entered: 10/20/2003) |
| 10/17/2003 | | USCA Case Number Re: [1718-1] appeal by Oscar Andrews USCA NUMBER: 03-15104-J (kcg) (Entered: 10/20/2003) |
| 10/30/2003 | | **Terminated document(s) as to Oscar Andrews, terminating [1546-2] supplemental amended motion as to Oscar Andrews (1) per Judge Coody "rendered moot by final judgment; duplicative motion (snc) (Entered: 10/30/2003) |
| 11/04/2003 | | Received acknowledgment of receipt of Original Papers from USCA. (kcg) (Entered: 11/04/2003) |
| 11/04/2003 | | REQUEST for Original Papers from USCA re: [1711-1] appeal by Curtis Drayton (ydw) (Entered: 12/04/2003) |
| 11/04/2003 | | REQUEST for Original Papers from USCA re: [1710-1] appeal by Donald Minnifield (ydw) (Entered: 12/04/2003) |
| 11/20/2003 | 1744 | Entry of Dismissal of Appeal as to Robert Franklin Re: pursuant to dismissing [1712-1] appeal, terminated., for want of prosecution because the appellant has failed to pay the $100 docketing and $5 filing fees ($105) to the district court clerk the time fixed by the rules, effective this 17th day of November, 2003. (ydw) Modified on 01/21/2004 (Entered: |

| | | |
|---|---|---|
| | | 11/25/2003) |
| 11/20/2003 | | REQUEST for Original Papers from USCA re: [1718-1] appeal by Oscar Andrews (ydw) (Entered: 12/04/2003) |
| 11/26/2003 | | ** Renoticed document [1748-1] notice (to fax to counsel, etc.) (snc) (Entered: 11/26/2003) |
| 12/04/2003 | | Certified and transmitted Original Papers to U.S. Court of Appeals (11th Circuit) as to Donald Minnifield : [1710-1] appeal (ydw) (Entered: 12/04/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1710-1] appeal by Donald Minnifield USCA Number: 03-15103-J (ydw) (Entered: 12/16/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1711-1] appeal by Curtis Drayton USCA Number: 03-15102-J (ydw) (Entered: 12/16/2003) |
| 12/16/2003 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1718-1] appeal by Oscar Andrews USCA Number: 03-151040-J (ydw) (Entered: 12/16/2003) |
| 12/29/2003 | | ORIGINAL PAPERS returned from U.S. Court of Appeals: [1690-1] appeal (ydw) (Entered: 12/29/2003) |
| 01/09/2004 | | REQUEST for Original Papers from USCA re: [1745-1] appeal by Frank Sowers (ydw) (Entered: 01/22/2004) |
| 01/20/2004 | 1761 | Entry of Dismissal of Appeal as to Ronald Lander Re: pursuant to dismissing [1740-1] appeal, terminated., for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fee ($255) to the district court clerk within the time fixed by the rules, effective this 15th day of January, 2004. FOR THE COURT - BY DIRECTION (ydw) (Entered: 01/21/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1718-1] appeal (ydw) (Entered: 01/22/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1711-1] appeal (ydw) (Entered: 01/22/2004) |
| 01/21/2004 | 1764 | ORDER as to Donald Minnifield issued in lieu of the mandate, that appellant's motion for certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28U.S.C.2253(c)(2); Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT. /s/Susan H. Black UNITED STATES CIRCUIT JUDGE (ydw) (Entered: 01/22/2004) |
| 01/21/2004 | | Original Papers returned from U.S. Court of Appeals: [1710-1] appeal (ydw) (Entered: 01/22/2004) |

| | | |
|---|---|---|
| 01/22/2004 | | Certified and transmitted Original Papers to U.S. Court of Appeals: [1745-1] appeal by Frank Sowers (ydw) (Entered: 01/22/2004) |
| 01/29/2004 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1745-1] appeal by Frank Sowers USCA Number: 03-16060-J (ydw) (Entered: 01/30/2004) |
| 02/18/2004 | | REQUEST for Original Papers from USCA re: [1740-1] appeal by Ronald Lander (ydw) (Entered: 02/18/2004) |
| 02/26/2004 | | ACKNOWLEDGEMENT of RECEIPT of RECORD ON APPEAL from USCA Re: [1740-1] appeal by Ronald Lander USCA Number: 03-15807-J (ydw) (Entered: 02/26/2004) |
| 03/09/2004 | 1771 | ORDER (Rendered 3/5/04 issued in lieu of mandate) as to Donald Minnifield that Appellant has filed a motion for reconsideration of this Court's order dated 1/20/04. Upon reconsideration, appellant's motion for a certificate of appealability is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. 2253(c)(2); Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT. Before BLACK and BARKETT, Circuit Judges. BY THE COURT: (ydw) (Entered: 03/16/2004) |
| 05/04/2004 | | ***Set MHT-Clerk B Flag as to all defendants (djy, ) (Entered: 05/04/2004) |
| 05/18/2004 | | ***Set MHT-Clerk B Flag as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis (snc) (Entered: 05/18/2004) |
| 06/15/2004 | ○ | Judge update in case (for cm/ecf notification purposes per Judge Thompson) as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis. Judge Myron H. Thompson added. Judge Anthony Alaimo no longer assigned to case. (snc) (Entered: 07/13/2004) |
| 11/17/2004 | ○1809 | ORDER as to Robert L. Franklin, Oscar Andrews, Terry Mitchell, Richard Thomas, Curtis Drayton, Lorenzo Hughes, Nathaniel Salery, Curtis Bell, Ulysses Morris, Mary Morrow, Donald Minnifield, Frank Sowers, Geraldine Frazier, Gerald Wells, Dennis Price, James Donald Bowman, Ronald Lander, Wallace Salery, Mary Mitchell, Jerry Lindsey Artis directing the Clerk to withdraw funds from the court registry savings and to deposit funds in the Treasury's Unclaimed Money Fund account and to make disbursements as outlined in order. Signed by Judge Myron H. Thompson on 11/17/04. (Copy to Financial Clerk) (snc) (Entered: |

| | | |
|---|---|---|
| | | 11/17/2004) |
| 01/10/2005 | 1817 | Pro Se MOTION for Return of Property by Donald Minnifield. (Attachments: # 1 Exhibit)(snc) (Entered: 01/10/2005) |
| 01/11/2005 | 1818 | ORDER as to Donald Minnifield directing the government to Show Cause by 1/25/2005 as to why 1817 MOTION for Return of Property/PostTrial filed by Donald Minnifield should not be granted . Signed by Judge Charles S. Coody on 1/11/05. (snc) (Entered: 01/11/2005) |
| 01/25/2005 | 1825 | RESPONSE TO ORDER TO SHOW CAUSE by United States of America as to Donald Minnifield re DN 1817 Defendant's Motion for Return of Property (Attachments: # 1 Docket Sheet - 2:94cv1654-D)(snc) (Entered: 01/26/2005) |
| 02/28/2005 | 1832 | REPLY TO Government's RESPONSE to Motion by Donald Minnifield re 1817 MOTION for Return of Property/PostTrial (ws ) (Entered: 02/28/2005) |
| 03/25/2005 | 1835 | Pro Se MOTION Under the Federal Rules of Criminal Procedure Requesting All Grand Jury Minutes by Donald Minnifield. (snc) (Entered: 03/28/2005) |
| 03/28/2005 | 1836 | ORDER denying 1835 Motion Requesting all Grand Jury Minutes as to Donald Minnifield (11). Signed by Judge Myron H. Thompson on 3/28/05. (snc) (Entered: 03/28/2005) |
| 04/08/2005 | 1837 | Pro Se MOTION Under the Federal Rules of Criminal Procedure Requesting All Grand Jury Minutes by Donald Minnifield. (snc) (Entered: 04/11/2005) |
| 04/18/2005 | 1838 | ORDER ON MOTION and MEMORANDUM OPINION denying 1837 Motion for Grand Jury Minutes as to Donald Minnifield (11). Signed by Judge Charles S. Coody on 4/18/05. (snc) (Entered: 04/18/2005) |
| 05/09/2005 | 1840 | NOTICE OF APPEAL of Magistrate Judge's Order to District Judge by Donald Minnifield as to 1838 Order denying a motion requesting all Grand Jury minutes (ydw, ) (Entered: 05/09/2005) |
| 05/11/2005 | 1841 | ORDER as to Donald Minnifield re 1840 Notice of Appeal - Magistrate Judge's Order to District Judge, and after an independent and de novo review of the record, it is ORDERED that the order of the United States Magistrate Judge at issue is affirmed . Signed by Judge Myron H. Thompson on 05/11/05. (ydw, ) (Entered: 05/11/2005) |
| 05/23/2005 | 1842 | ORDER as to Donald Minnifield re 1817 MOTION for Return of Property/PostTrial filed by Donald Minnifield setting oral argument (Motion Hearing) by telephone for 6/24/2005 11:00 AM before Honorable Charles S. Coody, directing the United States to set up the telephone call, directing the BOP to make plaintiff (defendant Minnifield) available for the telephone call, and directing the Clerk to serve a copy of this order on the BOP. Signed by Judge Charles S. Coody on 5/23/05. Copy of order |

| | | |
|---|---|---|
| | | e-noticed to BOP and mailed to Warden, FCI Leavenwoth, P. O. Box 1000, Leavenworth, KS 66048-1000 (snc) (Entered: 05/23/2005) |
| 05/23/2005 | 1845 | NOTICE OF APPEAL (Interlocutory) by Donald Minnifield to the United States Court of Appeals Eleventh Circuit from the 1841 Order, entered on 5/11/05. Copies mailed (ydw, ) (Entered: 05/25/2005) |
| 05/23/2005 | | Notice of Appeal 1845, which the court is treating as a MOTION for Leave to Appeal In Forma Pauperis by Donald Minnifield. No pdf with this docket attached. (ydw, ) (Entered: 05/27/2005) |
| 05/25/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order as to Donald Minnifield to US Court of Appeals re 1845 Notice of Appeal - Interlocutory (ydw, ) (Entered: 05/25/2005) |
| 05/27/2005 | 1846 | ORDER denying Motion for Leave to Appeal In Forma Pauperis as to Donald Minnifield (11); and that the appeal in this cause be and it is hereby certified, pursuant to 28 U.S.C.A. 1915(a)(3), as not taken in good faith. Signed by Judge Myron H. Thompson on 05/27/05. (ydw, ) (Entered: 05/27/2005) |
| 06/03/2005 | | USCA Case Number as to Donald Minnifield 05-13015-A for 1845 Notice of Appeal - Interlocutory filed by Donald Minnifield. (ydw, ) (Entered: 06/13/2005) |
| 06/06/2005 | 1848 | Received TRANSCRIPT Order Information Sheet from pro se Appellant Donald Minnifield re 1845 Notice of Appeal - Interlocutory, with following notation: "All necessary transcript(s) on file" (ydw, ) (Entered: 06/16/2005) |
| 06/08/2005 | 1847 | RESPONSE to Motion by United States of America as to Donald Minnifield re 1817 MOTION for Return of Property/PostTrial *(Additional Response to Order)* (Attachments: # 1 Attachment 1. Order of Forfeiture and Order for Release of Specific Indicted Property# 2 Attachment 2. Release of Lis Pendens)(Harmon, John) (Entered: 06/08/2005) |
| 06/24/2005 | 1849 | RECOMMENDATION OF THE MAGISTRATE JUDGE as to Donald Minnifield re 1817 MOTION for Return of Property/PostTrial; Objections to R&R due by 7/8/2005. Signed by Judge Charles S. Coody on 6/24/05. (ws) (Entered: 06/24/2005) |
| 06/24/2005 | 1850 | Minute Entry for proceedings held before Judge Charles S. Coody :Motion Hearing as to Donald Minnifield held on 6/24/2005 re 1817 MOTION for Return of Property/PostTrial filed by Donald Minnifield (Recording Time FTR: 11:02 - 11:08.) (ws, ) (Entered: 06/24/2005) |
| 06/30/2005 | | Request for Original Papers By USCA Eleventh Circuit re: 05-13015-A, 1845 Notice of Appeal (ydw, ) (Entered: 07/20/2005) |
| 07/12/2005 | 1853 | OBJECTION TO REPORT AND RECOMMENDATIONS 1849 by Donald Minnifield (snc) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/18/2005 | 1854 | ORDER (1) denying defendant's objections 1853 to Magistrate Judge's recommendation, (2) adopting the Magistrate Judge's 1849 Report and Recommendations, and (3) denying 1817 MOTION for Return of Property/PostTrial filed by Donald Minnifield. Signed by Judge Myron H. Thompson on 7/18/05. (snc) (Entered: 07/18/2005) |
| 07/20/2005 | | Original Papers Transmitted to USCA re; 05-13015-A, 1845 Notice of Appeal (ydw, ) (Entered: 07/20/2005) |
| 07/27/2005 | | Acknowledgement of Receipt of Original Papers from USCA re 05-13015-A, 1845 Notice of Appeal - Interlocutory (ydw, ) (Entered: 07/28/2005) |
| 07/29/2005 | | Acknowledgement of Receipt of Original Papers from USCA re 05-13015-A, 1845 Notice of Appeal - Interlocutory (ydw, ) (Entered: 08/01/2005) |
| 08/08/2005 | 1855 | NOTICE OF APPEAL by Donald Minnifield to the United States Court of Appeals Eleventh Circuit from the re 1854 Order Adopting Report and Recommendations, Terminate Motions, entered on July 18, 2005. Copies mailed (ydw, ) (Entered: 08/08/2005) |
| 08/08/2005 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order as to Donald Minnifield to US Court of Appeals re 1855 Notice of Appeal (ydw, ) (Entered: 08/08/2005) |
| 08/08/2005 | | Notice of Appeal 1855 treated as a MOTION for Leave to Appeal In Forma Pauperis by Donald Minnifield. No PDF document with this entry (ydw, ) (Entered: 08/15/2005) |
| 08/15/2005 | 1856 | ORDER denying [] Motion for Leave to Appeal In Forma Pauperis as to Donald Minnifield (11); and that the appeal in this cause be and it is hereby certified, pursuant to 28 U.S.C.A. 1915(a)(3), as not taken in good faith. Signed by Judge Myron H. Thompson on 8/15/05. (ydw, ) (Entered: 08/15/2005) |
| 08/17/2005 | | USCA Case Number as to Donald Minnifield 05-14414-A for 1855 Notice of Appeal filed by Donald Minnifield. (ydw, ) (Entered: 08/18/2005) |
| 08/22/2005 | 1860 | Received TRANSCRIPT Order Information Sheet re 1855 Notice of Appeal - Interlocutory from pro se Appellant Donald Minnifield, with no request. (ydw, ) (Entered: 08/25/2005) |
| 08/23/2005 | 1861 | ORDER of USCA as to Donald Minnifield re 05-13015-A, 1845 Notice of Appeal; That Appellant's motion for in forma pauperis status is DENIED because the appeal is frivolous. See Ellis v. United States, 356 U.S.674, 674-75, 78 S.Ct. 974, 2 L.Ed.2d1060 (1958). /s/ Stanley Marcus, UNITED STATES CIRCUIT JUDGE (ydw, ) (Entered: 08/25/2005) |
| 08/23/2005 | | Original Papers Received from USCA RE:05-13015-A, 1845 NOTICE OF APPEAL (ydw, ) (Entered: 08/25/2005) |

| | | |
|---|---|---|
| 09/14/2005 | 1862 | Entry of Dismissal ISSUED AS THE MANDATE of USCA (certified copy) as to Donald Minnifield re 1845 Notice of Appeal - Interlocutory; Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecutio because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 12th day of September, 2005. FOR THE COURT - BY DIRECTION (ydw, ) (Entered: 09/14/2005) |
| 09/30/2005 | 1864 | Entry of Dismissal issued as the MANDATE of USCA (certified copy) as to Donald Minnifield re 05-14414-A, 1855 Notice of Appeal - Interlocutory; Pursuant the 11TH Cir.R.42-1(B), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the $250 docketing and $5 filing fees ($255) to the district court clerk within the time fixed by the rules, effective this 29th day of September, 2005. FOR THE COURT - BY DIECTION (ydw, ) (Entered: 10/03/2005) |