IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD MINEFIELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) CIVIL ACTION NO. 2:05cv1066-MHT |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On May 25, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the motion filed by petitioner on October 28, 2005 be and is hereby DENIED and this case be and is hereby DISMISSED as petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a successive § 2255 motion.

Done this 16th day of June, 2006.

                                                         /s/ Myron H. Thompson
                                                 UNITED STATES DISTRICT JUDGE