IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD MINEFIELD, | ) |
| Petitioner, | ) |
| v | ) CIVIL ACTION NO. 2:05cv1066-MHT |
| UNITED STATES OF AMERICA | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and order of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus be denied as petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a successive § 2255 motion.

Done this 16th day of June, 2006.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE