RECEIVED
JUN 23 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2006 JUN 23 A 9: 27
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DONALD MINEFIELD,            )
            Petitioner,       )
                              )
                              )
v.                            )   Case No. 2:05CV 1066-MHT
                              )
UNITED STATES OF AMERICA,     )
            Respondent.       )

### MOTION REQUESTING A COPY OF THE MAGISTRATE'S REPORT AND RECOMMENDATION

Comes Now Petitioner, Donald Minefield, pro se. And requests a copy of the Magistrate's Report and Recommendation which was filed on May 25, 2006, according the Order of this Court filed June 16, 2006. In support of this request, consider the following:

### STATEMENT OF FACTS

On November 8, 2004, Petitioner filed a Rule 60(b) motion. Numerous attempts were made by Petitioner to ascertain whether or not a ruling had been made in the case. No ruling had been made according to the clerk of the court whom Petitioner called and made the inquiries. Months went by, and a decision was finally rendered by the Magistrate Judge to which the case was assigned. This Recommendation and Report was handed down on May 25, 2006, according to this Court's Order of June 16, 2006. Moreover, according to the same Order, the case was dismissed because Petitioner had failed to obtain permission from the Court of Appeals before filing a successive or second 2255 motion.

The Court's Order clearly demonstrates that the Magistrate Judge has Recommended Dismissal of the instant cause. However, because Petitioner has not been given a copy of the Report and Recommendation, he is at a total disadvantage, and clearly unable to tender a proper response. And therefore, request a copy of that document so that he might be able to show why this Court should not adopt said Report and Recommendation.