RECEIVED
JUN 23 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

RECEIVED
2006 JUN 23 A 9: 57
[U.S. DISTRICT COURT CLK
MIDDLE DISTRICT ALA.]

IN THE UNITED STATES STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD MINEFIELD, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:05CV 1066-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

<u>MOTION FOR EXTENSION OF TIME</u>

Comes Now Petitioner, Donald Minefield, pro se. And requests an extension of time to file a motion for reconsideration of this court's Order of June 16, 2006. In support of this request, the herein Petitioner states as follows:

1. That Petitioner was not given fair notice of the Magistrate's Recommendation and Report.

2. That Petitioner has never seen the Magistrate's Recommendation and Report. And therefore, is not able to respond to an order that he was never mailed a copy of and given proper notice of the need to respond.

3. That is request will not prejudice the respondent.

4. That the granting of this request will be in the best interest of justice.

Wherefore, for the foregoing reasons, Petitioner Donald Minefield requests that this court grant him a thirty day extension of time to file a motion for reconsideration. It is so ever prayed.

Respectfully submitted,

*[signature]*
Donald Minefield Pro Se

Dated: June 19, 2006

Wherefore, Petitioner humbly request that this Court tender to him a copy of the Report and Recommendation of the Magistrate Judge, issued on May 25, 2006. It is so ever prayed.

                                      Respectfully submitted,

                                      Donald Minefield, Pro Se

Dated: June 19, 2006.