IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CIVIL ACTION NO. 2:05cv1066-MHT |
| | ) | [WO] |
| DONALD MINEFIELD | ) | |

**ORDER ON MOTION**

Upon consideration of movant Donald Minefield's "Motion Requesting a Copy of the Magistrate Judge's Report and Recommendation" (Doc. # 5, filed June 23, 2006 ), in which Minefield indicates that he has not received a copy of the Magistrate Judge's Recommendation and requests a copy of the Recommendation, it is

ORDERED that this motion be and is hereby GRANTED. Accordingly, the Clerk is DIRECTED to provide Minefield with a copy of the Recommendation entered on May 25, 2006 (Doc. # 2).

Done this 5th day of July, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE