IN THE

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| DONALD MINNIFIELD, ) | |
|    PETITIONER, ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1066-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
|    RESPONDENT. ) | |

## NOTICE OF APPEAL

Notice is hereby given that **Donald Minnifield**, the petitioner, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered for record in the above action on the **14th day of August, 2006**. (See Exhibit "A" hereto this Notice of Appeal).

Dated this **22rd** day of August, 2006.

Respectfully submitted,

*/s/ Don Minnifield*
DONALD MINNNIFIELD, PRO-SE
REG. NO. 09298-002
USP-HAZELTON
P.O. BOX 2000
BRUCETON MILLS, WV 26525

(1)

CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the foregoing was mailed on this 22rd day of August, 2006 via institutional mail system to the party listed below:

STEPHEN P. FEAGA
ASSISTANT U.S. ATTORNEY
P.O. BOX 197
MONTGOMARY, ALABAMA   36101-0197


_____
DONALD MINNIFIELD