\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

E    X    H    I    B    I    T    "A"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DONALD MINNIFIELD,           )
                             )
        Petitioner,          )
                             )      CIVIL ACTION NO.
        v.                   )      2:05cv1066-MHT
                             )         (WO)
UNITED STATES OF AMERICA,    )
                             )
        Respondent.          )

### OPINION

Pursuant to 28 U.S.C. § 2255, petitioner filed this
habeas-corpus case.  This lawsuit is now before the court
on the recommendation of the United States Magistrate
Judge that the habeas-corpus request be denied because
the required permission has not been obtained from the
Eleventh Circuit Court of Appeals.  Also before the court
are petitioner's objections to the recommendation.  After
an independent and de novo review of the record, the
court concludes that the objections should be overruled
and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of August, 2006.

_/s/ Myron H. Thompson_
**UNITED STATES DISTRICT JUDGE**

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD MINNIFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv1066-MHT |
| | ) | (WO) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objections (Doc. No. 9) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 2) is adopted.

(3) The petition for writ of habeas corpus (Doc. No. 1) is denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of August, 2006.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE